UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MIKHAIL MEEROVICH,

                    Plaintiff,

– against –

BIG APPLE INSTITUTE, INC., and BRONISLAV LEYDIKER,

                    Defendants.
----------------------------------------------------------------X

Case No.: 1:22-cv-7625

**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys herein, that the time for Defendants, BIG APPLE INSTITUTE, INC., and BRONISLAV LEYDIKER (collectively "Defendants"), to respond, move, or otherwise answer Plaintiff's Complaint is hereby extended up through and including April 28, 2023. Defendants hereby waive all defenses related to service of process;

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that fax or electronic signatures shall be deemed originals for the purposes of this Stipulation and that a fax or electronic copy of this Stipulation may be filed with the clerk and used for all purposes.

Dated: March 23, 2023
           New York, New York

| | |
|---|---|
| **AKILOV LAW, P.C.**<br>Attorneys for Plaintiff Mikhail Meerovich | **SITARAS & ASSOCIATES, PLLC**<br>Attorneys for Defendants Big Apple Institute, Inc., and Bronislav Leydiker |
| By: _/s/ Mark Akilov_<br>Mark Akilov, Esq.<br>147-44 Jewel Ave<br>Flushing NY 11367<br>Phone: (646) 361-6274<br>MAkilov1@gmail.com | By:   /s/    Yi-Hsin Wu<br>George Sitaras, Esq.<br>Gerasimos Liberatos, Esq.<br>Yi-Hsin Wu, Esq.<br>200 Liberty Street, 27th Floor<br>New York, New York 10281<br>Phone: (212) 430-6410<br>Email: george@sitaraslaw.com<br>Email: liberatos@sitaraslaw.com<br>Email: yihsin@sitaraslaw.com |