# AKILOV LAW, PC

147-44 Jewel Ave|Flushing, NY 11367
T: 646-361-6274|E-mail: makilov1@gmail.com

May 24, 2023

**Via ECF**
Hon. Dora L. Irizarry
United States District Court
District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

    Re:    ***Meerovich v. Big Apple Institute, Inc.***
             ***Civil Case 1:22-cv-7625***
             ***Letter Motion for Extension of Time***

Dear Judge Irizarry:

    My firm represents the Plaintiff in this case. I write to respectfully request a thirty(30) day extension of time to oppose Defendants' motion.

    Pursuant to II(D) of this Court's individual rules, Plaintiff respectfully submits that: (i) additional time is needed for Plaintiff to meet with his counsel in person to prepare an affidavit concerning the facts and circumstances surrounding the purported arbitration agreement; (ii)the original deadline falls on Friday, May 26, 2023 pursuant to Local Civil Rule 6.1; (iii-iv) there have been previous requests for an extension of this deadline; (v) Defendants consent; and (vi) Plaintiff requests until Monday, June 26, 2023 to submit opposition to Defendants' motion.

    Accordingly, there exists good cause for an extension of time under Rule 6. I thank this Court for its anticipated courtesies.

Dated: Flushing, New York
May 24, 2023

                                                     Sincerely yours,

                                                     /s/ Mark Akilov, Esq.
                                                     Mark Akilov