UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIKHAIL MEEROVICH,

                Plaintiff,

JUDGMENT
22-cv-7625(DLI)(LB)

v.

BIG APPLE INSTITUTE INC., and
BRONISLAV LEYDIKER,

                Defendants.
------------------------------------------------------------X

       A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 27, 2024, granting Defendants' motion to dismiss without prejudice to refiling in New York State Supreme Court, Kings County; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted without prejudice to refiling in New York State Supreme Court, Kings County and the Court need not reach Defendants' motion to compel mediation and arbitration.

Dated: Brooklyn, New York
       March 28, 2024

                                                     Brenna B. Mahoney
                                                   Clerk of Court

                                          By:    */s/Jalitza Poveda*
                                                            Deputy Clerk