# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 25, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Dora L. Irizzary, U.S.D.J.
225 Cadman Plaza East
Courtroom 4A South
Brooklyn, NY 11201-1804

>   *Re:*   **Meerovich v. Big Apple Institute, Inc.**
>           **Case No.: 1:22-cv-7625 (DLI) (LB)**

Dear Judge Irizzary:

This firm is substituting in as counsel to Plaintiff Mikhail Meerovich in the above-referenced case. Plaintiff respectfully submits this letter to enclose a fully executed stipulation of substitution of counsel, and kindly requests that this Court "so Order" the stipulation. Plaintiff thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
       April 25, 2024                     Respectfully submitted,

                                          **SAGE LEGAL LLC**
                                           */s/ Emanuel Kataev, Esq.*
                                          Emanuel Kataev, Esq.
                                          18211 Jamaica Avenue
                                          Jamaica, NY 11423-2327
                                          (718) 412-2421 (office)
                                          (917) 807-7819 (cellular)
                                          (718) 489-4155 (facsimile)
                                          emanuel@sagelegal.nyc

                                          *Attorneys for Plaintiff*
                                          *Mikhail Meerovich*

**VIA ECF**
Sitaris & Associates, PLLC
<u>Attn</u>: George Sitaris & Gerasimos D. Liberatos, Esqs.
200 Liberty Street, 27th Floor
New York, NY 10281-0006
george@sitaraslaw.com
liberatos@sitaraslaw.com

*Attorneys for Defendants*
*Big Apple Institute Inc.*
*and Bronislav Leydiker*