UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MIKHAIL MEEROVICH,

                              Plaintiff,

             -against-

BIG APPLE INSTITUTE INC., and
BRONISLAV LEYDIKER,

                        Defendants.
-------------------------------------------------------------------X

**Case No.: 1:22-cv-7625 (DLI) (LB)**

**STIPULATION OF**
**SUBSTITUTION OF COUNSEL**

       **IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of Akilov Law, P.C., with offices at 147-44 Jewel Avenue, Flushing, NY 11367, as attorneys for the Plaintiff in the above-captioned case and that this substitution be entered into effect without further notice.

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

| | |
|---|---|
| Dated: Jamaica, New York<br>      April 20, 2024 | Dated: Flushing, New York<br>      April 21, 2024 |
| **SAGE LEGAL LLC** | **AKILOV LAW, P.C.** |
| _/s/ Emanuel Kataev, Esq._<br>Emanuel Kataev, Esq.<br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327<br>(718) 412-2421 (office)<br>(718) 489-4155 (facsimile)<br>(917) 807-7819 (cellular)<br>emanuel@sagelegal.nyc | By:  _/s/   Mark Akilov, Esq._<br>Mark Akilov, Esq.<br>147-44 Jewel Ave<br>Flushing, NY 11367<br>646-361-6274<br>makilov1@gmail.com |

Dated: Brooklyn, New York
     April 20___, 2024

**So Ordered:**

_____
                           , U.S.___.J.

By: *Michail Meyerovich*
    Mikhail Meerovich

**VIA ECF**
Sitaris & Associates, PLLC
Attn: George Sitaris & Gerasimos D. Liberatos, Esqs.
200 Liberty Street, 27th Floor
New York, NY 10281-0006
george@sitaraslaw.com
liberatos@sitaraslaw.com

*Attorneys for Defendants*

2