UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIKHAIL MEEROVICH,

                              Case No.: 1:22-cv-7625 (DLI) (LB)

              Plaintiff,

                            **NOTICE OF APPEARANCE**

    -against-

BIG APPLE INSTITUTE INC., and
BRONISLAV LEYDIKER,

              Defendants.
-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Plaintiff in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:  Jamaica, New York
         April 25, 2024

                                                Respectfully submitted,
                                                **SAGE LEGAL LLC**
                                                By:  */s/ Emanuel Kataev, Esq.*
                                                Emanuel Kataev, Esq.
                                                18211 Jamaica Avenue
                                                Jamaica, NY 11423-2327
                                                (718) 412-2421 (office)
                                                (917) 807-7819 (cellular)
                                                (718) 489-4155 (facsimile)
                                                emanuel@sagelegal.nyc

                                                *Attorneys for Plaintiff*
                                                *Mikhail Meerovich*

**VIA ECF**
Sitaris & Associates, PLLC
<u>Attn</u>: George Sitaris & Gerasimos D. Liberatos, Esqs.
200 Liberty Street, 27th Floor
New York, NY 10281-0006
george@sitaraslaw.com
liberatos@sitaraslaw.com

*Attorneys for Defendants*
*Big Apple Institute Inc.*
*and Bronislav Leydiker*