UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MIKHAIL MEEROVICH,

                                    Plaintiff,

      -against-

BIG APPLE INSTITUTE INC., and
BRONISLAV LEYDIKER,

                                 Defendants.
-------------------------------------------------------------------X

**Case No.: 1:22-cv-7625 (DLI) (LB)**

**NOTICE OF APPEAL**

      Notice is hereby respectfully given that Mikhail Meerovich, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Hon. Dora L. Irrizary, U.S.D.J. ("Judge Irrizary") dated March 27, 2024 in its entirety.

Dated:  Jamaica, New York
         April 25, 2024

                                                      Respectfully submitted,
                                                      **SAGE LEGAL LLC**
                                                      By:  */s/ Emanuel Kataev, Esq.*
                                                      Emanuel Kataev, Esq.
                                                      18211 Jamaica Avenue
                                                      Jamaica, NY 11423-2327
                                                      (718) 412-2421 (office)
                                                      (917) 807-7819 (cellular)
                                                      (718) 489-4155 (facsimile)
                                                      emanuel@sagelegal.nyc

                                                      *Attorneys for Plaintiff*
                                                      *Mikhail Meerovich*

**VIA ECF**
Sitaris & Associates, PLLC
<u>Attn</u>: George Sitaris & Gerasimos D. Liberatos, Esqs.
200 Liberty Street, 27th Floor
New York, NY 10281-0006
george@sitaraslaw.com
liberatos@sitaraslaw.com

*Attorneys for Defendants*
*Big Apple Institute Inc.*
*and Bronislav Leydiker*